Thomas M. McMahon, Appellant, v. Wainwright & Smith Co., Inc., Respondent.— Judgment affirmed, with costs. No opinion. Blackmar, P. J., Mills, Rich and Manning, JJ., concur; Jaycox, J., dissents, being of opinion that the question whether the servant was acting within the scope of his employment in the furtherance of his master's business was one of fact which should have been submitted to the jury.

Edna W. Minion and Ralph A. Frost, Respondents, v. Clara F. Warner, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

Fay Owen, Formerly Fay DeConly, Respondent, v. Marie Jennings and Eugene J. Jennings, Appellants.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs, as to the defendant Marie Jennings; and reversed, and complaint dismissed, with costs, as to defendant Eugene J. Jennings; said reversal being upon the ground that said defendant Eugene J. Jennings was not a party to the contract for purchase, which was signed alone by the other defendant. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

The People of the State of New York, Respondent, v. Charles G. Christ, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. There is nothing in the record before this court to raise the issue of unreasonable search of the person of the defendant who was under arrest for another crime. Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ., concur.

Peter H. Spader, Respondent, v. William J. McGuire, Appellant.— Judgment of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

Joseph A. Taylor, Respondent, v. Ellsworth Building Corporation and Clarence S. Whiting, Appellants, Impleaded with Arthur W. Dennen, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

Terry M. Warner, Appellant, v. Gerald G. Warner and Others, Respondents.— This case was argued on October 11, 1921. The death of the plaintiff on October 20, 1921, having been suggested, no further proceedings on the appeal will be taken until further order of the court. Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ., concur.